MUSSINAN, Appellant, v. WILLNER WOOD CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Action by Alfred Mussinan against the Willner Wood Company. No opinion. Motion to resettle order granted.

In re NASH'S WILL. (Supreme Court, Appellate Division, Third Department. May 23, 1902.) In the matter of the probate of the last will and testament of Harriet C. Nash, deceased. No opinion. Decision suspended to give an opportunity to the appellant to bring in as parties to this appeal all parties interested under the will.

In re NASSAU COUNTY RY. CO. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) In the matter of the application of the Nassau County Railway Company for the appointment of commissioners, etc. No opinion. Application granted, and Townsend Scudder, Pierre M. Brown, and William H. Bowne appointed commissioners.

NEVINS, Respondent, v. BUFFALO, R. & P. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1902.) Action by John Nevins against the Buffalo, Rochester & Pittsburg Railroad Company. No opinion.
PER CURIAM. Judgment and order affirmed, with costs.
WILLIAMS, J., dissents.

NEW YORK CARBONIC ACID GAS CO., Respondent, v. GEYSERS NATURAL CARBONIC ACID GAS CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 23, 1902.) Action by the New York Carbonic Acid Gas Company against the Geysers Natural Carbonic Acid Gas Company. No opinion. Motion granted.

O'BRIEN, Respondent, v. MANNING, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Margaret O'Brien against Thomas Manning, executor, etc. No opinion. Motion denied.

In re ONEONTA, C. & R. S. RY. CO. (Supreme Court, Appellate Division, Third Department. May 13, 1902.) In the matter of the application of the Oneonta, Cooperstown & Richfield Springs Railway Company for appointment of commissioners to determine whether a street surface railroad ought to be constructed and operated upon Lake and Church streets in the village of Richfield Springs, N. Y. No opinion. Application granted, and Hon. E. D. Wagner, of Delhi, N. Y., Hon. Henry W. Bentley, of Boonville, N. Y., and Eugene Clinton, Esq., of Greene, N. Y., appointed commissioners.

O'REILLY, Appellant, v. STATEN ISLAND M. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Action by Ann O'Reilly, as administratrix, etc., of Eugene O'Reilly, deceased, against the Staten Island Midland Railroad Company.
PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the trial court erred in refusing to charge that the plaintiff's intestate was not responsible for a mere mistake in judgment, as requested at folio 196 of the case on appeal.
GOODRICH, P. J., dissents.

ORTON, Appellant, v. FIDELITY & DEPOSIT CO. OF MARYLAND, Respondent. (Supreme Court, Appellate Division, First Department. May 23, 1902.) Action by William J. Orton against the Fidelity & Deposit Company of Maryland. P. S. Menken, for appellant. F. G. Kimball, for respondent. No opinion. Judgment affirmed, with costs.

OSBORN v. CARDEZA et al. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Action by Ellen C. Osborn against Howard J. M. Cardeza and others. No opinion. Motion for writ of prohibition denied, with $10 costs, on the ground that the appropriate remedy is by appeal. See People v. Nichols, 79 N. Y. 582.

OSCHMANN, Appellant, v. FABEL, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Frederick Oschmann against Philip Fabel. No opinion. Judgment and order unanimously affirmed, with costs.

OSTHOFF, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Richard H. L. Osthoff against the Third Avenue Railroad Company. J. T. Little, for appellant. F. Pierce, for respondent. No opinion. Judgment affirmed, with costs. See 67 N. Y. Supp. 1141.

OSTHOFF, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Frederick E. Osthoff against the Third Avenue Railroad Company. J. T. Little, for appellant. F. Pierce, for respondent. No opinion. Judgment affirmed, with costs.

PAETOW, Respondent, v. METROPOLITAN ST. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 23, 1902.) Action by Margaret Paetow against the Metropolitan Street Railway Company and another. T. H. Lord, for appellants. J. M. Gardner, for respondent. No opinion. Judgment and order affirmed, with costs.

PALMER et al., Respondents, v. LARCHMONT HORSE RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Bryant S. Palmer and another, administrators, etc., of Floyd T. James, deceased, against the